# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 08-0253M(CR)** |
| | : | |
| **ANTOINE D. WASHINGTON,** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii)** |
| **Defendant.** | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 5 Grams or More of Cocaine** |
| | : | **Base)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Cocaine)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about April 10, 2008, within the District of Columbia, **ANTOINE D. WASHINGTON** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

  (**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about April 10, 2008, within the District of Columbia, **ANTOINE D. WASHINGTON** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about April 10, 2008, within the District of Columbia, **ANTOINE D. WASHINGTON** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 92-131, did unlawfully and knowingly receive and possess firearms, that is, a Colt .32 caliber semi-automatic pistol and a six shot revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .44 caliber, .40 caliber, and .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia